**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

FILED
RICHARD W. NAGEL
CLERK OF COURT

2024 FEB 15  AM 10: 50

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** |
| **Plaintiff,** | **JUDGE** |
| v. | **INDICTMENT** |
| **MONTAGUE HOWARD,** | 18 U.S.C. § 922(a)(6) |
| **Defendant.** | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(2) |
| | 18 U.S.C. § 924(a)(8) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Felon in Possession of a Firearm)

1.      On or about January 30, 2024, in the Southern District of Ohio, the defendant,

**MONTAGUE HOWARD,** knowing that he had been previously convicted of one or more

crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in or

affecting interstate commerce, a firearm, specifically, a Taurus, model G3C, 9mm pistol bearing

serial number ABM294333.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT 2
### (False Statement During Attempted Purchase of a Firearm)

2.      On or about January 30, 2024, in the Southern District of Ohio, the defendant,

**MONTAGUE HOWARD,** in connection with the attempted acquisition of a firearm,

specifically, a Taurus, model G3C, 9mm pistol bearing serial number ABM294333, from Cash

America Pawn Shop, 2134 Sunset Boulevard, Steubenville, Ohio, a licensed dealer of firearms

within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Cash America Pawn Shop, which statement was intended and likely to deceive Cash America Pawn Shop as to a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that the defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, and represented that he had not been previously convicted of a crime for which the judge could have imprisoned him for more than one year, when in fact the defendant had been convicted of such a felony crime.

**In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).**

**A TRUE BILL.**

S- Foreperson

**FOREPERSON**

**KENNETH L. PARKER**
**United States Attorney**

**KEVIN W. KELLEY (0042406)**
**Assistant U.S. Attorney**